**DISMISS; and Opinion Filed August 29, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00974-CR

**KAYLAH MAJETT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-23768-R**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Brown

Kaylah Sherrell Majett entered an open plea of guilty to credit card abuse, and the trial court placed her on deferred adjudication for five years. In July 2016, the State filed a motion to proceed with an adjudication of guilt, alleging appellant had violated numerous terms and conditions of her probation. Appellant entered an open plea of true to the allegations. On August 5, 2016, the trial court denied the State's motion to revoke and continued appellant on probation. Appellant then filed this appeal. For the reasons that follow, we conclude we have no jurisdiction over this appeal.

Generally, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). With regard to deferred adjudication, the Texas Legislature has authorized appeal of only two types of orders: (1) an order granting deferred adjudication, and (2) an order imposing punishment pursuant to an

adjudication of guilt. *Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006). Orders modifying the terms or conditions of deferred adjudication are not appealable. *Id*. And a trial court's order continuing a defendant on probation is likewise not appealable. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

Here, there is no judgment of conviction. Rather, the trial court continued appellant on probation. Under these circumstances, we do not have jurisdiction. *See id*.

We dismiss this appeal for lack of jurisdiction.


/Ada Brown/
ADA BROWN
JUSTICE


Do Not Publish
TEX. R. APP. P. 47

160974F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KAYLAH MAJETT, Appellant

No. 05-16-00974-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-23768-R.
Opinion delivered by Justice Brown, Justices Lang-Miers and Evans participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 29th day of August, 2016.